| | |
|---|---|
| 1 | **GREENBERG TRAURIG, LLP** |
| 2 | Rebekah S. Guyon (SBN 291037) |
|   | *GuyonR@gtlaw.com* |
| 3 | Laura Lacarcel (SBN 340783) |
| 4 | *laura.lacarcel@gtlaw.com* |
|   | 1840 Century Park East, Suite 1900 |
| 5 | Los Angeles, CA  90067 |
| 6 | Telephone: (310) 586-7700 |
|   | Facsimile: (310) 586-7800 |
| 7 | |
| 8 | *Attorneys for specially appearing defendant* |
|   | *Wolverine World Wide, Inc.* |

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIELITA PALACIOS, individually and on behalf of all others similarly situated, | CASE NO.  2:24-cv-00288-WLH-SSC |
| | Assigned to Hon. Wesley L. Hsu |
| Plaintiff, | **STIPULATION TO CONTINUE THE RULE 26(f) SCHEDULING CONFERENCE AND RELATED DEADLINES** |
| v. | |
| WOLVERINE WORLD WIDE, INC., a Delaware company d/b/a/ WWW.ONLINESHOES.COM, | [*Declaration of Rebekah S. Guyon; Proposed Order filed concurrently*] |
| Defendant. | Action Filed:     Dec. 4, 2023 |
| | Action Removed:  Jan. 11, 2024 |

Pursuant to Local Rules 7-1 and 7-3, Plaintiff Marielita Palacios ("Plaintiff") and Defendant Wolverine World Wide, Inc. ("Defendant" or "Wolverine") hereby stipulate to continue the Rule 26(f) Scheduling Conference.

The parties, by and through their respective counsel, stipulate and agree as follows:

WHEREAS, Plaintiff filed her Complaint in the Superior Court of Los Angeles for the State of California on December 4, 2023, which Defendant removed on January 11, 2024 (Dkt. No. 1);

WHEREAS, after Defendant moved to dismiss the Complaint on January 18, 2024 (Dkt. No. 8), Plaintiff amended her pleading and filed the First Amended Complaint ("FAC") on January 25, 2024 (Dkt. No. 10);

WHEREAS, on February 8, 2024 Defendant filed its Motion to Dismiss the First Amended Complaint (Dkt. No. 13) ("Motion") which is fully dispositive of all claims alleged in the FAC, and the hearing on the Motion is set for March 15, 2024;

WHEREAS, briefing on the Motion is complete;

WHEREAS, on February 12, 2024, this Court set the Rule 26(f) Scheduling Conference for March 29, 2024 at 1:00 p.m. (Dkt. No. 16);

WHEREAS, lead counsel for Defendant, Rebekah S. Guyon, is also counsel of record for 23andMe, Inc., in a putative multidistrict litigation ("MDL"), *In re 23andMe, Inc., Customer Data Security Breach*, MDL No. 3098, in which the Judicial Panel on Multidistrict Litigation ("JPML Panel") only scheduled a hearing on February 16, 2024 for 23andMe's MDL petition, even though 23andMe moved for MDL consolidation and transfer on December 21, 2023. The JPML Panel set the MDL hearing for March 28, 2024, in person in Charleston, South Carolina;

WHEREAS, it is uncertain whether Lead Counsel for Defendant will be able to return to Los Angeles in time for the Rule 26(f) Scheduling Conference on March 29, 2024, because there are no non-stop flights from Charleston to Los Angeles, and it is unclear how long oral argument will last before the JPML on March 28, as MDL No. 3098 is not the only matter set for oral argument before the JPML Panel on that date;

WHEREAS, in light of the apparently conflicting JPML hearing set for March 28, and the fully-dispositive nature of Defendant's motion to dismiss, counsel for the parties have met and conferred and agreed to stipulate to a continuance of the Rule 26(f) Scheduling Conference and all deadlines related thereto, subject to the Court's approval, until twenty-one (21) days after the Court rules on Defendant's motion to dismiss;

WHEREAS, the stipulated continuance will not impact any other dates set by the Court.

NOW THEREFORE, PLAINTIFF AND DEFENDANT HEREBY STIPULATE that the Rule 26(f) Scheduling Conference shall be continued to a date twenty-one (21) days after this Court's ruling on the Motion, with all deadlines related to the Rule 26(f) Scheduling Conference continued accordingly.

**IT IS SO STIPULATED.**

DATED: March 8, 2024　　　　　　　　GREENBERG TRAURIG, LLP

　　　　　　　　　　　　　　　　　　By  /s/ Rebekah S. Guyon
　　　　　　　　　　　　　　　　　　　　Rebekah S. Guyon

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　WOLVERINE WORLD WIDE, INC.

DATED: March 8, 2024　　　　　　　　PACIFIC TRIAL ATTORNEYS APC

　　　　　　　　　　　　　　　　　　By  /s/ Scott J. Ferrell
　　　　　　　　　　　　　　　　　　　　Scott J. Ferrell

　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　MARIELITA PALACIOS

**ATTORNEY ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Rebekah S. Guyon, hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

DATED: March 8, 2024                    GREENBERG TRAURIG, LLP

                                        By  /s/ Rebekah S. Guyon
                                            Rebekah S. Guyon